UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-cv-02168 ADS Date: November 24, 2026

Title: *Lugra Inc. v. Jane Adele Reinhardt, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| | |
|---|---|
| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO UPDATE ADDRESS**

On November 6, 2026 and November 12, 2026, mail sent to Defendant Jane Adele Reinhardt's address of record was returned to the Court undeliverable. (Dkt. Nos. 19, 23.) Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Local Rules 41-6.

Defendant Jane Adele Reinhardt **is ORDERED TO SHOW CAUSE by no later than December 15, 2026** for why sanctions should not be imposed for failure to comply with the Local Rules. The filing of a Notice of Change of Address by **December 15, 2026** will discharge this Order to Show Cause.

**IT IS SO ORDERED.**

Initials of Clerk kh